Samuel Kamins, trading as Wetzel County Cigar Works, plaintiff and appellee, v. Kildow Brothers Cigar Company, defendant. Earl H. Tennyson, interpleader, appellant. Gen. No. 32,102.

Opinion filed April 3, 1928.

Allen, Ward & Gallagher, for appellant; William H. Gallagher, of counsel. Schoen & Green, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Marko Fadlyevich, appellee, v. M. W. Gillogly, appellant. Gen. No. 32,111.

Opinion filed April 3, 1928.

George L. Turner, for appellant. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Mayre Agnes Ryan, administratrix of the estate of Anna Ryan, deceased, appellee, v. Lena J. Larson, appellant. Gen. No. 32,120.

Opinion filed April 3, 1928.

John A. Bloomingston, for appellant. Joseph D. Ryan, for appellee; Joseph D. Ryan and Edmund M. Sinnott, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Acme International X-Ray Company, appellant, v. Maryland Casualty Company, appellee. Gen. No. 32,129.

Opinion filed April 3, 1928.

William R. T. Ewen, for appellant. Wilson, McIlvaine, Hale & Templeton, for appellee; J. F. Dammann, Jr., and Louis S. Hardin, of counsel.

Mr. Justice Gridley delivered the opinion of the court.